IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIE R. SCURRY,
Plaintiff

v. C.A. No. 1:98cv00051-L

STATE OF RHODE ISLAND, etal
Defendants

PLAINTIFF'S NOTICE OF APPEAL NUNC PRO TUNC

COMES NOW Plaintiff, Willie R. Scurry, pro se and notes his appeal nunc pro tunc, to the March 22, 1999 Order of District Judge Ronald R. Lagueux granting Defendants Motion to Dismiss, to the U.S Court of Appeals for the First Circuit.

Respectfully submitted,

[signature]

Willie R. Scurry
P.O. Box 8249
Cranston, RI 02920