98-00051
USDC/RI
Laguex

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2359

WILLIE R. SCURRY,

Plaintiff, Appellant,

v.

STATE OF RHODE ISLAND; CITY OF WOONSOCKET; GORDON TEMPEST, in his individual and official capacity; PAUL SANSOUCI, in his individual and official capacity; CHIEF LYNCH, in his individual and official capacity; OMAR FRAPPIER, in his individual and official capacity; CITY OF PROVIDENCE; OFFICER MCKENNA; OFFICER MARZINI; BUREAU OF CRIMINAL INVESTIGATION; PROVIDENCE CHIEF OF POLICE; JAMES E. O'NEIL, State of Rhode Island, Attorney General; JAMES RYAN,

Defendants, Appellees.

**JUDGMENT**

Entered: November 19, 2007
Pursuant to 1st Cir. R. 27.0(d)

By order entered October 25, 2007, appellant was directed to show cause in writing as to why this appeal should not be dismissed as untimely. Appellant was warned that failure to respond by November 8, 2007 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/17/07

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk